### DURBON v. CONNOR.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—Action by *Connor* against *Durbon*, to foreclose a mortgage. Judgment by default.

No question is presented by the record, as no motion was made, in the Court below, to set aside the default, or otherwise to correct any supposed errors. *Laselle* v. *Wilson*, 13 Ind. 453; *Collier* v. *The State, id.* 560.

The appeal is dismissed, at the cost of the appellant.

*M. M. Ray* and *B. F. Davis*, for appellant.

*Davis, Wright & Green*, for appellee.